IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>v.<br><br>TEDDY ERNEST MAYFIELD,<br><br>           Defendant. | 09-CR-60021-HO<br><br>**I N D I C T M E N T**<br>[49 U.S.C. § 46306(b)(7)]<br>[14 C.F.R. § 61.3(a)]<br>[18 U.S.C. § 1001] |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[SERVING AS AN AIRMAN WITHOUT AN AIRMAN'S CERTIFICATE]**

On or about June 13, 2008, in Lane County in the District of Oregon, the defendant, TEDDY ERNEST MAYFIELD, knowingly served as an airman, to wit: operated an aircraft, without having an airman's certificate authorizing him to serve in that capacity, as said airman's certificate had been revoked, in violation of Title 49, United States Code, Section 46306(b)(7), and 14 C.F.R., Section 61.3(a).

## COUNT TWO
### [MAKING A MATERIALLY FALSE STATEMENT]

On or about July 3, 2008, in Polk County in the District of Oregon, the defendant, TEDDY ERNEST MAYFIELD, knowingly and willfully made a materially false and fraudulent statement in a matter within the jurisdiction of an agency of the United States, specifically, the Federal Aviation Administration, by stating to an Aviation Safety Inspector that a person by the name of Josh was onboard aircraft N353B when it departed Mahlon Sweet Field, Lane County, District of Oregon, at about 2:41 p.m. on June 13, 2008. The statement was false because, as the defendant, TEDDY ERNEST MAYFIELD, then and there well knew, the defendant was the only person onboard aircraft N353B when it left Mahlon Sweet Field at that time on that date, in violation of Title 18, United States Code, Section 1001.

DATED this 14 day of January, 2009.

A TRUE BILL.

s/ Grand Jury Foreperson

FOREPERSON

Presented by:

KARIN J. IMMERGUT
United States Attorney

WILLIAM E. FITZGERALD
Assistant United States Attorney

DAVID F. SHAYNE
Special Assistant United States Attorney

PAGE 2 - INDICTMENT