**Steven L. Myers**
Myers Law Firm
7307 SW Capitol Hwy
Portland, Oregon 97219
Telephone: (503) 227-4558
Facsimile : (503) 796-0709
e-mail: steve@smyerslawfirm.com
**OSB # 85070**
Attorney for Defendant Teddy Mayfield

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>TEDDY ERNEST MAYFIELD,<br><br>           Defendant. | Case No. 09-CR-60021-HO<br><br>**DEFENDANT'S SENTENCING MEMORANDUM** |

Defendant, TEDDY MAYFIELD, by and through his counsel, Steven L. Myers, hereby submits this Sentencing Memorandum in conjunction with Mr. Mayfield's sentencing hearing scheduled for 10:00 a.m. on January 19, 2010.

Submitted herewith and incorporated herein by this reference are the following exhibits:

Exhibit "A" - 2007 Sheridan Chamber of Commerce Membership Certificate;

Exhibit "B" - 2007-2008 Kiwanis Certificate of Appreciation for 35 years of Kiwanis service;

Exhibit "C" - A June 10, 2009 newspaper article featuring the Willamina Children's Fishing Derby;

Page 1 -     DEFENDANT'S SENTENCING MEMORANDUM

Exhibit "D" - 2006-2007 Kiwanis Certificate of Appreciation awarded to Mr. Mayfield for his involvement in the annual Children's Fishing Derby and Pancake Breakfast;

Exhibit "E" - A photograph of a plaque naming Mr. Mayfield Outstanding Citizen of the Year in 2002;

Exhibit "F" - A copy of the 2009 Sheridan Days literature listing Mr. Mayfield as Vice Chairman; and

Exhibit "G" - Mr. Mayfield's letter to the Honorable Michael Hogan.

## I. SUMMARY OF MR. MAYFIELD'S HISTORY AND INVOLVEMENT IN THE INSTANT OFFENSE

Mr. Mayfield is 74 years old. He has been married to Virginia for over five years. Virginia is a part-time teacher. In February, 2009, Virginia underwent quadruple heart bypass surgery. Mr. Mayfield has one adult daughter and two adult stepchildren. He has 25 grandchildren and great-grandchildren (all of whom spent last Christmas at Mr. Mayfield's residence). Mr. Mayfield has lived at his current residence in Sheridan, Oregon since 1972.

Since 1972, Mr. Mayfield's only source of income was derived from aviation related endeavors. Primarily, operating a parachute school and storing, restoring and brokering of general aviation aircraft. He is now retired and receives Social Security benefits. In 2000, Mr. Mayfield had heart surgery and continues to take myriad of medications for his heart and high blood pressure conditions.

Mr. Mayfield has been recognized for his philanthropy and devotion to improving his community. For the past 15 years, Mr. Mayfield has been active in the Sheridan Chamber of Commerce, serving as president three separate terms. For the past 35 years, he has been involved with the West Valley Kiwanis, serving as president four separate terms. For the last 22 years, he has organized the annual Willamina Fishing Derby for local children. He has also been instrumental in organizing the Kiwanis' annual Fourth of July Pancake Breakfast, where they

Page 2 -   DEFENDANT'S SENTENCING MEMORANDUM

MYERS LAW FIRM
ATTORNEYS AT LAW
7307 SW CAPITOL HWY
PORTLAND, OREGON 97219
TELEPHONE (503) 227-4558 • FAX (503) 796-0709 • steve@smyerslawfirm.com

serve well over 200 adults and children. Mr. Mayfield donates considerable time annually to the Kiwanis' highway cleanup program, which stretches from Willamina to Sheridan. Additionally, he has served on the Sheridan City Counsel from 2003-2005. I would also note that while on the City Counsel in 2004, he was instrumental in securing a $7,000 grant for new City signs on the East and West enterance to the City. Mr. Mayfield also served as Vice Chairman of the annual Sheridan Days in 2009, and as Chairman in 1982. Finally, he was named Sheridan Outstanding Citizen of the Year in 2002.

Although Mr. Mayfield certainly does not dispute that he piloted the aircraft from Eugene to Independence, there are a couple of facts that should be clarified.

First, FAA[1] case reports reveal that Mr. Mayfield did contact Eugene ground control, prior to taxi, requesting permission to depart with light signals (under certain conditions an approved method of establishing contact with ground and tower controllers and securing a clearance to taxi and depart - see FAR[2] § 91.125 and AIM[3] § 4-3-13). The aircraft's battery could not power the radio. Mr. Mayfield erroneously assumed the tower controller gave him a green light signal, thereby clearing him to take off.

Second, Regional Counsel for the FAA heretofore has acknowledged that Mr. Mayfield's operation of the aircraft on the day in question did not pose a risk to any aircraft, either departing or arriving or transitioning the airspace.

Third, in reviewing a certified copy of the FAA Airman file pertaining to Mr. Mayfield, it is clear that since Mr. Mayfield surrendered his Pilot Certificate in 1982, there have been no further FAA regulatory violations involving the operation/flight of aircraft (except the case at bar).

---

[1] Federal Aviation Administration, hereinafter "FAA."

[2] Federal Aviation Regulations, hereinafter "FAR."

[3] Airman Information Manual, hereinafter "AIM."

Page 3 -     DEFENDANT'S SENTENCING MEMORANDUM

## II. PRESENTENCE REPORT

Mr. Mayfield controverts and hereby requests the Court to strike paragraph no. 42 of the PSR referring to a 1987 psychological evaluation. Referencing an **unspecified** "personality disorder" that was ostensibly diagnosed 22+ years ago, is profoundly stale and unreliable information for purposes of a sentencing in the year 2010.

## III. APPLICATION OF U.S.S.G.[4]

The Government, Mr. Mayfield and the PSR[5] arrive at the same adjusted final offense level of 4 and a criminal history category of I, which results in a Guideline range of 0-6 months. Additionally, all parties are in accord that no facts or features attendant to this case or defendant justify a departure or variance from the Guidelines. Finally, the PSR recommendation of a three year probation term is aligned with the defense and Government recommendations. The Government's recommendation is the low end of the applicable Guideline range (i.e., no incarceration) and the Government does not object to a probationary sentence.

## IV. SENTENCE RECOMMENDATION

The defense, Government and the PSR, after having considered (i) the factors set forth in 18 U.S.C. § 3553(a) and (ii) the advisory Guideline range (0-6 months)[6], recommends that Mr. Mayfield be sentenced to a three year term of probation and a $2,000 fine.

It should be noted that counsel to the FAA is also in accord with the recommended probationary sentence and $2,000 fine.

---

[4] United States Sentencing Guidelines Manual, hereinafter "U.S.S.G." The 2009 version applies to this case.

[5] U.S. Probation Officer Patti Robb's Presentence Report, herein identified as "PSR."

[6] The sentencing court may conclude that this sentence is reasonable if it falls within the applicable Guideline range. Gall v. United States, 128 Supp. Ct. 586(2007).

Page 4 -   DEFENDANT'S SENTENCING MEMORANDUM

Given Mr. Mayfield's contrition, 16+ years of conviction free behavior, and his strict compliance with Pretrial Release Conditions in excess of one year, Mr. Mayfield is a good candidate for probation.

Therefore, we respectfully request that the Court accept the terms of the Plea Agreement and the recommendation contained in the PSR and impose a three year term of probation and a $2,000 fine.

## V. ADDITIONAL SENTENCING ISSUES

1. The Government will be moving to dismiss Count 2 of the Indictment at sentencing.

2. Mr. Mayfield objects to the PSR recommended probation condition that Mr. Mayfield not possess or consume alcohol. There does not appear to be any reasonable relationship between Mr. Mayfield's historical modest consumption of alcohol and the offense of conviction. To be sure, alcohol was not involved in the crime of conviction. Moreover, said proposed condition does not appear to bear any reasonable relationship to rehabilitating Mr. Mayfield, protecting the public, or providing adequate deterrence. See 18 U.S.C. § 3563(b) and 18 U.S.C. § 3553(a)(1)&(2); see also U.S. v. Weber, 451 F.3d 552(9th Cir. 2006); U.S. v. Betts, 511 F.3d 872(9th Cir. 2007) (condition prohibiting consumption of alcohol held unreasonable because said condition did not bear a reasonable relationship to either rehabilitating the defendant or protecting the public because alcohol did not play a role in the defendant's crime and the record did not indicate that the defendant had any historical alcohol abuse).

**RESPECTFULLY SUBMITTED** this 14th day of January, 2010.

Steven L. Myers           OSB No. 85070
Attorney for Defendant TEDDY MAYFIELD

Page 5 -   DEFENDANT'S SENTENCING MEMORANDUM

# Greater Sheridan
## Chamber of Commerce

*Dedicated to the furtherance of Good Business practices and principles in the Business Community surrounding Sheridan, to the customers of the area and to the development of ever greater opportunities for the future business in Sheridan, Oregon and the Western Willamette Valley*

**2007**

This certifies that

*Ted E. Mayfield*

is a member of the Greater Sheridan Chamber of Commerce

*Barbara Baker*
Barbara Baker, President

*Pamela Stangel*
Pamela Stangel, Secretary

EXHIBIT A
Page 1 of 1



Certificate of Appreciation

PRESENTED TO

Ted Mayfield

FOR 35 YEARS OF KIWANIS SERVICE

Kiwanis Club of

WEST VALLEY

2007-2008

EXHIBIT B
Page 1 of 1

Wednesday, June 10, 2009, The Sun   3

icer
ot in
at
ig
ge

I. S. Probation
jured as the re-
dental gun shot
irearms training
orison in Sheri-
und was sent by
e Good Samari-
edical Center in

did not involve
rrections Insti-
and was unre-
on. The federal
reements and
inderstanding
eral and state
Karen Angus,
or the prison.
officers are one
employees that
in Sheridan for

nths U.S. pro-
ceive firearms
ef U.S. Proba-
Suing. "This is
has ever hap-
rict," he said.
nt occurred
. on Wednes-
firing range
inadvertently
said. Imme-
the shooting,
umped in to
wounded in-
obation offic-
leted first aid
uded an em-
wounds, said
w what they
dded.

officer, who
Eugene U.S.



*Contributed Photo*
Hunter Hogan, of McMinnville, holds his 17 9/16-inch fish. He was the overall winner of the "Biggest Fish Caught" at the Willamina Fishing Derby on Saturday. He competed in the 2-4 age bracket.

## The "Big One"

Willamina's fishing derby, held Saturday, was a big success in the fishing and fun department.

Kids competed in four age brackets to see who would catch the biggest fish. Winners in each age group were awarded prizes; a fishing pole and reel for first place; tackle box for second, and a gift bag of hooks, weights, and etc. for the third-place winners.

The winners in each age bracket were:

**Ages 2-4**
1st, Hunter Hogan, McMinnville, with a fish of 17 9/16-inch. (This was also the biggest fish caught for all age groups.)
2nd, Noah Woodward, Willamina.
3rd, NovaLena Hedrickallen, Grand Ronde.

**Ages 5-7**
1st: Jake Hedrickallen, Grand Ronde.
2nd: Twistin, from Shelton.
3rd: Jackson Schoenbachles, Willamina.

**Ages 8-12**
1st: Gabrielle Turpin, Sheridan.
2nd: Stephen Bowman, Sheridan.
3rd: Dylen Bass, Sheridan.

**Ages 13 - 18**
1st place: Wyatt Woodward, Willamina.

The biggest Bluegill, measuring 15 3/4", was caught by Mariah Wood of Willamina.

Man makes arrangements before death

---

; Realty
ness of the
nber dinner

ive the award
Service Pro-
nina Lumber,
ed a donation
Family" pro-
, Ralph Jenne
ooks received
Continued Ser-
unity. Coastal
ived the award
the Year. The
award went to
ob and Mary
and Dave and
e were two re-
vard of the De-
tek and April
ward of Out-
ber President
ott.
cers for 2009-

2010 were also announced at the dinner. A crown and scepter on a red velvet pillow was presented to Lois Purdue, the new president. Vice President will be Dr. Gary Brooks. Returning as Treasurer is Charlyn Pranger. Kim Werby was re-elected as Secretary. Janel Huntley has accepted the position of Second Secretary.

The Chamber of Commerce meets every second, third and fourth, possibly fifth Wednesday of the month at Coyote Joe's. The meetings start at 8 a.m. and are usually adjourned by 9 a.m. All community residents are invited to attend to offer suggestions for ways that the chamber can better serve the community.

## Qs to benefit Habitat

nd older and $1
ID is required.

For more information, visit www.oregonbrewsandbbqs.com.

ETA COMMUNITY COLLEGE
n McMinnville

our local community college.
heck us out! We offer...
lity instruction • small class sizes
erable courses • affordable tuition

To see all the McMinnville Campus has to offer, visit our Web site:
http://mcminnville.chemeketa.edu
Call us for more information at 503.472.9482.

Register for summer term now.
Classes begin June 22.

EXHIBIT C
Page 1 of 1



# Certificate of Appreciation

THIS CERTIFICATE IS AWARDED TO

## Ted Mayfield

IN APPRECIATION FOR OVERSEEING THE FISHING DERBY & PANCAKE BREAKFAST

KIWANIS CLUB OF WEST VALLEY

GIVEN THIS 18TH DAY OF SEPTEMBER 2007

_Twila Hill_
TWILA HILL–PRESIDENT

2006-2007

EXHIBIT ___D___
Page ___1___ of ___1___



EXHIBIT ___E___
Page ___1___ of ___1___



# Sheridan Days 2009 Committee Members

Bob White, Chairman
Ted Mayfield, Vice Chariman
Wendy Bird, Secretary, Event Guide
Karen Christiansen, Treasurer
Patti Swift, Grand Parade
Julie Dean, Vendor Coordinator
Jerry Smith, Auto Show
Cheryl Whitlow, Motorcycle Show
Tim Ciulla, Photographer
Jane Hensley, Historical Museum
Donna Hulett, Quilt Show
Scott & Teresa Weiher, Junior Parade
Gayle Yoder, All School Reunion
Linda Klein, Family Fun Events

Phyllis Bockes, Pancake Feed
Margie Gutbrod, Art Show
Tonya Mishler, Art Show
Janet Smith, Art Show
Ray & Opal Rice, Honored Court
Viola Boyer, All School Reunion
Don Stuck & Marcus Cox, Electricians
Paul & Debi Adler, Vendors
Tim Bliven, Music Fest
Jerry Terry, Motorcycle Show
Jack Martin, Website
Marianne Thomson, Art Show, Marketing
Marty Shaw, Transportation
Tammy Benelli, Family Fun Events

www.sheridandays.com

EXHIBIT    F
Page    1    of    1

January 14, 2010

The Honorable Michael R. Hogan
United States Courthouse
405 E. 8th Avenue, Suite 2100
Eugene, Oregon 97401

    Re:   <u>U.S. v. Teddy E. Mayfield</u>
            United States District Court Case No. 09CR60021-HO

Dear Judge Hogan:

    I am writing this letter to express my thoughts about my behavior that caused this criminal charge. I first want to say that I take full responsibility for my irresponsible act of flying the airplane from Eugene to Independence. I knew better and I should not have done it.

    Airplanes have always been my life and only source of income. Since I closed by skydiving business in 1994, I turned to restoring and brokering small airplanes. Doing this does not require me to fly the airplanes.

    I am 74 years old now and happily married to a wonderful wife. Between us we have 25 grandchildren and great-grandchildren that we love to spend time with. I have always tried to give back to my local community and involve myself in local politics, events and activities that hopefully have a positive effect on people, especially children.

    I am prepared to accept and follow any condition of probation and I assure you that I will never fly another airplane unless and until I am legally able to do so. I fully realize and accept that I may never pilot an aircraft again.

    I thank you for your consideration of my letter.

                                            *[signature]*
                                            Teddy E. Mayfield

EXHIBIT   G
Page   1  of  1